IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JESUS REYNOSO,<br><br>            Petitioner,<br><br>      vs.<br><br>JAMES E. HALL, WARDEN,<br><br>            Respondent.<br>_____/ | CASE NO. CV-F-04-5025 REC DLB HC<br><br>FIFTH ORDER EXTENDING<br>STAY OF CASE<br><br>[Doc. 18] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 18, 2004, this Court issued an Order staying the instant action pending the resolution of Petitioner's Petition for Writ of Certiorari filed in the United States Supreme Court.

On September 2, 2004, November 19, 2004, February 8, 2005, and April 15, 2005, the Court extended the stay for an additional sixty days. (Court Docs. 13, 15, 17, 19.)

Now pending before the Court is Respondent's status report, filed June 14, 2005. Respondent again indicates that no decision has been rendered on the pending petition for writ of certiorari and a conference is scheduled on June 16, 2005.

///

///

///

1

1  Good cause having been presented, Respondent's Request to extend the stay is GRANTED. The
2 Stay of the Case is EXTENDED and Respondent shall FILE a Status Report within sixty days (60) of
3 the date of service of this Order or upon the disposition of the case, an Answer or other appropriate
4 motion.

5  IT IS SO ORDERED.

6 **Dated:     June 16, 2005**               /s/ Dennis L. Beck
7 3b142a                                     UNITED STATES MAGISTRATE JUDGE