IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JESUS REYNOSO,<br><br>        Petitioner,<br><br>  vs.<br><br>JAMES E. HALL, WARDEN,<br><br>        Respondent.<br>_____/ | CASE NO. CV-F-04-5025 REC DLB HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE REPORTER'S TRANSCRIPT UNDER SEAL<br><br>[Doc. 23] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Respondent filed an answer to the petition on August 4, 2005. On this same date, Respondent filed a motion for a protective order to file the Reporter's Transcript under seal to preserve the personal identification of the trial court jurors.

Respondent's request is GRANTED and the unredacted Reporter's Transcript shall be filed under SEAL.

IT IS SO ORDERED.

**Dated:** **August 15, 2005**             **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

1