IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JESUS REYNOSO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES E. HALL, Warden,<br><br>　　　　Respondent.<br>_____ | No. F 04-5025 AWI DLB HC<br><br>**ORDER DIRECTING CLERK'S OFFICE TO CONSOLIDATE CASES** |
| JOHN PAUL REYNOSO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G. J. GIURBINO, Warden,<br><br>　　　　Respondent.<br>_____ | No. F 06-0757 OWW TAG HC<br><br>**ORDER CONSOLIDATING CASES AND APPOINTING COUNSEL** |

　　　　On December 19, 2003, Petitioner, Julian Jesus Reynoso, filed a petition for writ of habeas corpus, in case number CV F 04-5025 AWI DLB HC.

　　　　On June 12, 2006, Petitioner, John Paul Reynoso, Julian Reynoso's brother, filed a petition for writ of habeas corpus, in case number 06–0757 OWW TAG HC.

　　　　Rule 42(a) of the Federal Rules of Civil Procedure provides:

> Consolidation.  When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

　　　　Both habeas corpus petitions filed by Julian Reynoso and John Reynoso concern their joint trial and conviction after the trial court denied their motion challenging the prosecution's exercise of two peremptory challenges.  Both habeas petitions filed by Petitioners raise the same issues of fact and law and

involve the same jury trial, and thus, should be consolidated.[1]

Pursuant to the unopposed request of Petitioners, and good cause appearing therefor, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to Consolidate the above-entitled cases for all purposes;

2. The Office of the Federal Defender is ORDERED to represent Petitioner John Paul Reynoso;

3. All future documents and pleadings shall be filed only in Civ. F 04-5025 AWI DLB, which shall be denominated JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO v. JAMES E. HALL and G.J. GIURBINO, Wardens, and the Court will construe the consolidated petitions as one action;

4. The briefing schedule set forth in this Court's September 25, 2006 order shall remain in effect; and

5. The clerk is directed to close Civ. F 06-757.

IT IS SO ORDERED.

Dated:   **November 8, 2006**                    **/s/ Dennis L. Beck**
3b142a                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Both petitions challenge whether the Petitioner's rights to a fair and impartial jury under the Sixth and Fourteenth Amendments to the United States Constitution were violated.

2