# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO,<br><br>            Petitioner,<br><br>     v.<br><br>JAMES E. HALL and G.J. GIURBINO, WARDENS,<br><br>            Respondent.<br>_____/ | CV F   04-5025 AWI DLB HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 34] |

Petitioners are state prisoners proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 27, 2006, the Court directed Respondent to submit supplemental briefing, and appointed the Office of the Federal Defender to represent Petitioner Julian Jesus Reynoso. (Court Doc. 30.)  On October 27, 2006, Petitioner filed a motion to consolidate the instant case with the case of John Paul Reynoso v. G.J. Giurbino, CV-F-06-0757 OWW TAG HC.  On November 13, 2006, the Court granted Petitioners' request to consolidate the cases, and appointed the Office of the Federal Defender to represent Petitioner John Paul Reynoso.  (Court Doc. 35.)  On this same date, Respondent filed a motion for extension of time to file its supplemental briefing.  (Court Doc. 34.)

///

///

1    GOOD CAUSE having been demonstrated, Respondents' request for an extension of time
is GRANTED, and the supplemental briefing shall be filed on or before December 30, 2006.

IT IS SO ORDERED.

Dated:   **November 29, 2006**              /s/ **Dennis L. Beck**
ah0l4d                                UNITED STATES MAGISTRATE JUDGE