UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO, <br><br> Petitioners, <br><br> v. <br><br> JAMES E. HALL and G. J. GIURBINO, Wardens, <br><br> Respondents. | 1:04-CV-05025-LJO-DLB-HC <br><br> ORDER GRANTING PETITIONERS' MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE <br><br> (Doc. 38) |

Petitioners are state prisoners proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 31, 2007, petitioners filed a motion for an extension of time to file a supplemental response to respondents' supplemental briefing, pursuant to the court's order of September 27, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a supplemental response to respondents' supplemental briefing of January 2, 2007.

IT IS SO ORDERED.

Dated:  **March 14, 2007**          **/s/ Dennis L. Beck**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE