1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioners
   JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 JULIAN JESUS REYNOSO and      ) No. 1: 04 CV 5025 LJO DLB HC
   JOHN PAUL REYNOSO,            )
11                               ) **STIPULATED REQUEST TO EXTEND TIME**
                   Petitioners,  ) **TO FILE OBJECTIONS TO MAGISTRATE**
12                               ) **JUDGE'S FINDINGS AND**
        v.                       ) **RECOMMENDATIONS; PROPOSED ORDER**
13                               )
   JAMES E. HALL and G.J.        )
14 GIURBINO, Wardens,            )
                                 )
15                 Respondents.  )
   _____)
16

17      Pursuant to Local Rule 6-142, the parties, petitioners, JULIAN
18 JESUS REYNOSO and JOHN PAUL REYNOSO, by and through their attorney,
19 Assistant Federal Defender David M. Porter, and respondents, JAMES E.
20 HALL and G.J. GIURBINO, by and through their attorney, Deputy Attorney
21 General Brian G. Smiley, hereby request a thirty-day extension of time
22 to file objections to the magistrate judge's findings and
23 recommendations.  This is the first request for extension of time; it
24 is being requested because of counsels' obligations in other cases and
25 the intervening holidays.  It is not being interposed to unduly delay
26 the proceedings or for any other improper purpose.
27 / / /
28 / / /

Accordingly, for the reasons set forth above, the parties request the Court enter the order lodged herewith and set December 21, 2007, as the deadline for filing objections to the findings and recommendations.

Dated: November 9, 2007

Respectfully submitted,

| EDMUND G. BROWN | DANIEL J. BRODERICK |
| Attorney General | Federal Defender |

| /s/ *Brian G. Smiley* | /s/ *David M. Porter* |
| BRIAN G. SMILEY | DAVID M. PORTER |
| Deputy Attorney General | Assistant Federal Defender |
| | |
| Attorney for Respondents | Attorney for Petitioners |
| JAMES E. HALL and G.J. GIURBINO | JULIAN JESUS and JOHN PAUL REYNOSO |

**O R D E R**

Pursuant to the parties' stipulated request, and good cause appearing therefore, it is hereby ORDERED that any party may file written objections with the court and serve a copy on all parties on or before December 21, 2007. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.

IT IS SO ORDERED.

Dated: **November 13, 2007**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2