UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO, | ) ) ) | 1:04-cv-005025-LJO-DLB-HC |
| Petitioners, | ) ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 44) |
| v. | ) ) | **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| JAMES E. HALL, and G.J. GIURBINO, WARDENS, | ) ) ) | **ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENTS** |
| Respondents. | ) ) | |

Petitioners, represented by counsel, are state prisoners proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On October 22, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondents.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On November 9, 2007, Petitioners filed a motion to extend time.  On November 15, 2007, the court granted Petitioners

1

to and through December 21, 2007, to respond.  On December 21, 2007, Petitioners filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioners' objections, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.  Petitioners' objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed October 22, 2007, are ADOPTED IN FULL;

2. The instant Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court enter judgment in favor of Respondents.

IT IS SO ORDERED.

**Dated:   January 25, 2008**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

2