# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO,<br><br>                    Petitioner,<br><br>   v.<br><br>JAMES E. HALL and G.J. GIURBINO, WARDENS,<br><br>                    Respondent.<br>_____/ | CV F   04-5025 LJO DLB HC<br><br>ORDER DENYING PETITIONERS' REQUEST FOR CERTIFICATE OF APPEALABILITY<br><br>[Doc. 50] |

On January 25, 2008, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, was denied, and judgment was entered in favor of Respondents. (Court Docs. 48, 49.)

On February 5, 2008, Petitioners filed a notice of appeal, and an application for a certificate of appealability. (Court Doc. 50.) A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. Miller-El v. Cockrell, 537 U.S. 322, 335-336, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). The controlling statute, 28 U.S.C. § 2253, provides as follows:

>    (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
>    (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
>    (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an

```
appeal may not be taken to the court of appeals from--
        (A) the final order in a habeas corpus proceeding in which the detention
    complained of arises out of process issued by a State court;  or
        (B) the final order in a proceeding under section 2255.
(2) A certificate of appealability may issue under paragraph (1) only if the applicant has
made a substantial showing of the denial of a constitutional right.
(3) The certificate of appealability under paragraph (1) shall indicate which specific issue
or issues satisfy the showing required by paragraph (2).
```

If a court denies a petitioner's petition, the court may only issue a certificate of APPEALABILITY "if jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595146 L.Ed.2d 542 (2000).  While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 123 S.Ct. at 1040.

In the present case, the court finds that reasonable jurists would not find the court's determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Petitioner has not made the required substantial showing of the denial of a constitutional right.  Accordingly, the court hereby DECLINES to issue a certificate of APPEALABILITY.

IT IS SO ORDERED.

**Dated:    April 2, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE