1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO | 1:04-cv-05025 LJO DLB HC |
| Petitioners, | ORDER FOLLOWING REVERSAL AND REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS, GRANTING PETITIONS FOR WRIT HABEAS CORPUS, |
| v. | ENTERING JUDGMENT IN FAVOR OF PETITIONERS, AND DIRECTING THE |
| JAMES E. HALL and G.J. GIURBINO, WARDENS, | STATE TO RELEASE PETITIONERS FROM CUSTODY UNLESS NEW TRIAL PROCEEDINGS COMMENCE WITHIN |
| Respondents. _____/ | SIXTY DAYS FROM ENTRY OF JUDGMENT |

    Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit in the

case of *JULIAN JESUS REYNOSO and JOHN PAUL REYNOSO v. JAMES E. HALL and G.J.*

*GIURBINO*, No. 08-15800, the Clerk of the Court shall forthwith enter judgment in favor of

Petitioners, who shall be RELEASED from custody if the State does not commence a new trial

within sixty (60) days from the entry of judgment.

    IT IS SO ORDERED.

**Dated:    November 9, 2010**              **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

1